**P. K. SCHRIEFFER LLP**
Paul K. Schrieffer, Esq.          (CSB#151358)
PKS@pksllp.com
Wayne H. Hammack, Esq.      (CSB#202709)
WHH@pksllp.com
100 North Barranca Street, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444
Facsimile:   (626) 974-8403

Counsel for Plaintiffs VENUE MANAGEMENT SYSTEMS, INC. and 1430 NORTH CAHUENGA PARTNERS, LP dba CABANA CLUB

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VENUE MANAGEMENT SYSTEMS, INC., and 1430 NORTH CAHUENGA PARTNERS, LP dba CABANA CLUB<br><br>Plaintiffs,<br><br>v.<br><br>ACE FIRE UNDERWRITERS INSURANCE COMPANY & PACIFIC EMPLOYERS INSURANCE COMPANY, a business entity, form unknown; and DOES 1 to 300, inclusive,<br><br>Defendants. | Case No.: CV13-04747 – GW(CWx)<br><br>Assigned to: Hon. George H. Wu, Judge<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Complaint Filed:  November 27, 2012<br>Trial Date:           Vacated |

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to the Court's October 9, 2014 order following the Status Conference, the parties submit the following joint status report regarding settlement and the conservatorship of Charles McIntyre. The parties report as follows:

1. The probate court issued its final order. The conservatorship of Mr. McIntyre has now been lifted. There are no further matters pending

1
**JOINT STATUS REPORT REGARDING SETTLEMENT**

in the probate court relating to that action.

2. The parties have reached a settlement of this action and the final, written settlement agreement is out for signature.

3. In light of the above, the parties request that the Court continue the status conference, currently scheduled for October 23, 2014, for 45 days or a date convenient for the court. This will allow time for the remaining parties to sign off on the settlement agreement and for payment to be made pursuant to its terms. Once these steps are completed the parties will notify the Court and file a stipulation for dismissal of the entire action, pursuant to the provisions in the settlement agreement.

Dated: October 22, 2014                **P.K. SCHRIEFFER LLP**

By: */s/ Wayne H. Hammack*
Paul K. Schrieffer, Esq.
Wayne H. Hammack, Esq.
Attorneys for Plaintiffs VENUE MANAGEMENT SYSTEMS, INC. and 1430 NORTH CAHUENGA PARTNERS, LP dba CABANA CLUB

Dated: October 22, 2014                **DUANE MORRIS LLP**

By: */s/ Ray L. Wong*
Ray L. Wong, Esq.
Lewis Olshin, Esq.
Attorneys for Plaintiffs ACE FIRE UNDERWRITERS INSURANCE COMPANY & PACIFIC EMPLOYERS INSURANCE COMPANY

P.K. SCHRIEFFER LLP
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

2
**JOINT STATUS REPORT REGARDING SETTLEMENT**

## PROOF OF SERVICE

This is to certify that a copy of the foregoing **JOINT STATUS REPORT REGARDING SETTLEMENT** has been electronically filed on the 22nd day of October 2014.  Notice of this filing will be sent to all parties who have opted into electronic filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Wayne H. Hammack*
Wayne H. Hammack, Esq.

**P.K. SCHRIEFFER LLP**
100 N. Barranca Avenue, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com