JS-6

1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| VENUE MANAGEMENT SYSTEMS, INC., and 1430 NORTH CAHUENGA PARTNERS, LP DBA CABANA CLUB, | Case No.: CV 13-4747-GW(CWx) |
| Plaintiffs, | **ORDER GRANTING DISMISSAL, PURSUANT TO STIPULATION OF THE PARTIES** |
| v. | |
| ACE FIRE UNDERWRITERS INSURANCE COMPANY & PACIFIC EMPLOYERS INSURANCE COMPANY, a business entity, form unknown; and DOES 1 to 300, inclusive, | |
| Defendants. | Judge:     Hon. George H. Wu<br>Complaint Filed: November 27, 2012 |

20
21
22
23
24
25
26
27
28

DM1\5078716.1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**          **2:13-CV-04747-GW-CW**

1

2

## <u>ORDER</u>

3

4          IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the

5    complaint of plaintiffs, in this action, USDC Case No. 2:13-cv-04747-GW-CW, is

6    dismissed with prejudice in its entirety.  Except as specifically provided in the parties'

settlement agreement, each party will bear its own respective costs and attorneys' fees.

7    Dated:  January 7, 2015

8

9                                                    _____

10                                                    Hon. George H. Wu
                                                     United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL          2:13-CV-04747-GW-CW**